THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
James C. Williams,       
Appellant.
 
 
 

Appeal From Lexington County
Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No. 2003-UP-329
Submitted March 26, 2003  Filed May 
 15, 2003   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney General John W. 
 McIntosh; Assistant Deputy Attorney General Donald J. Zelenka, of Columbia; 
 Donald V. Myers, of Lexington; for Respondent.
 
 
 

PER CURIAM: James Williams was indicted for murder and possession of 
 a firearm or knife during the commission of a violent crime.  Williams pled 
 guilty to murder.  He was sentenced to thirty years imprisonment.  Williams 
 appeals, arguing his guilty plea was impermissibly conditional.  Counsel for 
 appellant filed a brief pursuant to Anders v. California, 386 U.S. 738 
 (1967), asserting that there were no meritorious grounds for appeal and requesting 
 permission to withdraw from further representation.  After careful consideration 
 of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and 
 State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the 
 appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
CURETON, ANDERSON and Huff, JJ., concur.